1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE
9

10   UNITED STATES OF AMERICA,              No. CR19-0152JLR-3

11                        Plaintiff,

12              v.

13                                          **FINAL ORDER OF FORFEITURE**

14   HUY HA,

15                        Defendant.

16

17        THIS MATTER comes before the Court on the United States' Motion for Entry of

18   a Final Order of Forfeiture ("Motion") for the following property:

19        •    $30,335 in U.S. currency, seized from the Defendant's residence in Seattle,
               Washington on October 11, 2018.
20

21        The Court, having reviewed the United States' Motion, as well as the other

22   pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of

23   Forfeiture is appropriate because:

24        •    On January 6, 2020, the Court entered a Preliminary Order of Forfeiture

25             finding this currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting

26             the Defendant's interest in it (Dkt. No. 52);

27        •    Thereafter, the United States published notice of the pending forfeiture as

28             required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt

Final Order of Forfeiture  - 1
*U.S. v. Huy Ha,* CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

No. 66) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (see Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, <u>Ex. A</u>); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the above-identified currency exists in any party other than the United States;

2.      The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.      The Drug Enforcement Administration, and/or its representatives, are authorized to dispose of this currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 3rd day of April, 2020.

The Honorable James L. Robart
U.S District Court Judge

Presented By:

*/s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov